IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    12-cv-00229-WYD

IN RE: GEORGE LESTER AVERY,

    Debtor,

IN RE: LARREL KENNEDY and
KORI LEIGH KENNEDY,

    Debtors,

IN RE: WILLIAM T. CARR and
CATHERINE A. CARR,

    Debtors,

## ORDER

THIS MATTER comes before the Court on the Report and Recommendation and Order Certifying Cases to the United States District Court for Consideration of Sanctions, Including Criminal Contempt, Against Shariann Summerrain as a Bankruptcy Petition Preparer (ECF No. 3).   After carefully reviewing said United States Bankruptcy Judge Elizabeth E. Brown's Report and Recommendation along with the relevant filings, I find that the reference to the Bankruptcy Court should be withdrawn in this matter for the purpose of enforcing the Bankruptcy Court's orders in *In re Avery* and *In re Kennedy* and to ensure that Shariann Summerrain complies with the mandates of 11 U.S.C. § 110. Accordingly, it is

ORDERED that the Reference to the Bankruptcy Court is hereby withdrawn in this matter, and I will preside over this action for the purpose of enforcing the Bankruptcy Court's orders in *In re Avery* and *In re Kennedy* and to ensure that Shariann Summerrain complies with the mandates of 11 U.S.C. § 110.   In accordance therewith, it is

FURTHER ORDERED that a status conference is set before me on **Tuesday, April 10, 2012 at 9:00 a.m.**   It is

FURTHER ORDERED that all interested parties shall file a status report with the Court not later than **Tuesday, April 3, 2012** indicating what specific relief is sought in this matter.

Dated:   March 23, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE