IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00229-WYD

IN RE: GEORGE LESTER AVERY,

    Debtor,

---

IN RE: LARREL KENNEDY and
KORI LEIGH KENNEDY,

    Debtors,

---

IN RE: WILLIAM T. CARR and
CATHERINE A. CARR,

Debtors.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Objector Shariann Summerrain's request to appear via telephone at the status conference set for Thursday, June 27, 2013 at 2:00 p.m. MDT is **GRANTED. Ms. Summerrain is ordered to call my chambers at 303-335-2170 on June 27, 2013 at 1:55 p.m. MDT. Failure to comply with this Order will result in the imposition of severe sanctions.**

    The Clerk of the Court shall serve this order on Objector Shariann Summerrain at the address denoted in the February 14, 2013 letter (ECF No. 15).

    Dated: June 11, 2013